**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Cyril Nnadozie Okoli**</u>

       Plaintiff

  V.                               CIVIL ACTION

                                      NO. <u>22-10316-NMG</u>

<u>**Shanita R. Tucker, et al**</u>

       Defendant

## <u>ORDER OF DISMISSAL</u>

<u>Gorton, D. J.</u>

    In accordance with the Memorandum & Order entered on <u>February 10, 2022</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                        By the Court,

<u>2/10/2023</u>                           <u>/s/Douglas Warnock</u>
   Date                              Deputy Clerk